UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | |
| WILLIAM F. PARENTE, Individually, as Personal Representative of the Estate of ANTHONY RAYMOND PARENTE, deceased, and on behalf of all Surviving Beneficiaries, <br><br> Plaintiff, <br> -v.- <br><br> AMERICAN AIRLINES INC. <br> 1 Skyview Dr. <br> Fort Worth, TX 76155 <br><br> PSA AIRLINES, INC. <br> 1 Terminal Dr. <br> Middletown, PA 17057 <br><br> UNITED STATES OF AMERICA, <br> Pamela Bondi, in her official capacity as U.S. Attorney General <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue N.W. <br> Washington, D.C. 20530-0001 <br><br> Defendants. | Lead Case No: 1:25-cv-03382-ACR <br><br> **SHORT FORM COMPLAINT** |

Plaintiff WILLIAM F. PARENTE, Individually, as Personal Representative of the Estate of ANTHONY RAYMOND PARENTE, deceased, and on behalf of all Surviving Beneficiaries, respectfully alleges as follows:

1. Plaintiff refers to and incorporates by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C.,

ON JAN. 29, 2025, as though fully set forth herein. Plaintiff adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set for here, if any: N/A.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiff incorporates by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Second Cause of Action for Survival Based Upon Common Carrier Duty

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒ Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒ Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒	Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒	Tenth Cause of Action for Survival Based Upon Negligence

**PLAINTIFF'S INFORMATION:**

5.	Decedent, ANTHONY RAYMOND PARENTE, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6.	ANTHONY RAYMOND PARENTE resided in the District of Columbia.

7.	Plaintiff, WILLIAM F. PARENTE, is a citizen and resident of Florida and was the father of ANTHONY RAYMOND PARENTE, deceased, at the time of his death.

8.	Plaintiff WILLIAM F. PARENTE brings this lawsuit individually on his own behalf and as Personal Representative of the Estate of ANTHONY RAYMOND PARENTE, deceased, and on behalf of all Surviving Beneficiaries, including Renee Parente, mother of the decedent.

9.	On or about March 6, 2025, the Superior Court of the District of Columbia Probate Division issued an order appointing WILLIAM F. PARENTE as Personal Representative of the Estate of ANTHONY RAYMOND PARENTE. Therefore, he has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of ANTHONY RAYMOND PARENTE and brings this lawsuit in his representative capacity.

**PLAINTIFF'S ADMINISTRATIVE CLAIM**

10.	On or about April 22, 2025, Plaintiff WILLIAM F. PARENTE, on behalf of himself and the Estate of ANTHONY RAYMOND PARENTE, deceased, and all surviving beneficiaries, as well as all individual claimants, served their initial administrative claims upon the FAA.

11.	On or about April 24, 2025, Plaintiff WILLIAM F. PARENTE, on behalf of

himself and the Estate of ANTHONY RAYMOND PARENTE, deceased, and all surviving beneficiaries, as well as all individual claimants served their initial administrative claims upon the United States Army ("Army").

12. The USA:

☒ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☐ the FAA denied Plaintiff's claims on __N/A__ on behalf of both the FAA and United States Army ("Army").

## **PLAINTIFF'S DAMAGES**

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

☒ ANTHONY RAYMOND PARENTE's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;

☒ the loss of the gross earning power of ANTHONY RAYMOND PARENTE;

☒ the loss of the full value of the life of ANTHONY RAYMOND PARENTE;

4

- ☒ loss of the parental and/or familial relationship arising from the death of ANTHONY RAYMOND PARENTE;
- ☒ the loss of financial support and contribution of ANTHONY RAYMOND PARENTE;
- ☒ loss of services;
- ☒ loss of inheritance;
- ☒ loss of accumulations;
- ☒ full pecuniary loss of ANTHONY RAYMOND PARENTE;
- ☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of ANTHONY RAYMOND PARENTE;
- ☒ loss of life's pleasures;
- ☒ loss of enjoyment of life of ANTHONY RAYMOND PARENTE;
- ☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of ANTHONY RAYMOND PARENTE's Estate were caused to incur;
- ☒ other necessary and reasonable expenses as a result of ANTHONY RAYMOND PARENTE's death;
- ☒ attorneys' fees, costs and other damages permitted under applicable laws;
- ☒ pre- and post-judgment interest on all damages as allowed by law;
- ☒ all costs of suit herein;
- ☒ such other and further relief as the Court shall deem just and proper;

☒        Other (specify):

## ADDITIONAL ALLEGATIONS, IF ANY

Anthony Parente's life was a testament to passion, dedication, and the power of connection. Anthony was a graduate of Penn State University, where he excelled academically in the field of aerospace engineering.

After graduating in 2012, Anthony began his career at Pratt & Whitney, where he worked on the design and production of aircraft engines. His career later brought him to Washington, DC, where he joined Deloitte's Government and Public Service (GPS) practice. As a Senior Manager, Anthony specialized in the digital transformation of Maintenance, Repair, and Overhaul (MRO) operations for aircraft, combining his technical expertise with a vision for modernizing Supply Chain operations. His colleagues admired him for his professionalism, work ethic, unwavering support, and sense of humor.

Anthony was a beloved son to Bill and Renee, brother to Justin and Faith, fiancé to Laura, and a friend to many.  His  sudden death cut short not only a burgeoning career, but a rich, joyful life filled with meaningful relationships and dreams for a future that will never come to pass. Anthony's death has caused profound emotional and psychological harm to his family, who will carry the weight of his absence for the rest of their lives.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: December 11, 2025.

**KREINDLER & KREINDLER LLP**

By:   */s/ Vincent C. Lesch*
      Brian J. Alexander
      (Bar ID: NY0679)
      Justin T. Green
      (Bar ID: NY0692)

Anthony Tarricone  
(Bar ID: 492480)  
Daniel O. Rose  
(*pro hac vice* application forthcoming)  
Vincent C. Lesch  
(Bar ID: NY0675)  
Evan Katin-Borland  
(Bar ID: NY0674)  
Erin R. Applebaum  
(*pro hac vice* application forthcoming)  
485 Lexington Avenue, 28th Floor  
New York, New York 10017  
(212) 687-8181  
balexander@kreindler.com  
jgreen@kreindler.com  
atarricone@kreindler.com  
drose@kreindler.com  
vlesch@kreindler.com  
ekatinborland@kreindler.com  
eapplebaum@kreindler.com  

**SPOHRER & DODD**  
Robert F. Spohrer, Esquire  
(*pro hac vice* application forthcoming*)*  
Keith L. Maynard, Esquire  
(*pro hac vice* application forthcoming*)*  
Galen D. Bauer, Esquire  
(*pro hac vice* application forthcoming*)*  
76 S. Laura Street, Suite 1701  
Jacksonville, FL  32202  
(904) 309-6500  
rspohrer@sdlitigation.com  
kmaynard@sdlitigation.com  
gbauer@sdlitigation.com  
jheape@sdlitigation.com  
swentz@sdlitigation.com  

**O'DONNELL LAW OFFICES**  
Neil D. O'Donnell, Esquire  
(*pro hac vice* application forthcoming*)*  
Michael A. O'Donnell, Esquire  
(*pro hac vice* application forthcoming*)*  
267 Wyoming Avenue  
Kingston, PA  18704  
(570) 821-5717  
ntod@odonnell-law.com  
michael@odonnell-law.com  
noelle@odonnell-law.com  
***ATTORNEYS FOR PLAINTIFF***